IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CUTIE K. TAYLOR                                                                                              PLAINTIFF

vs.                                               Civil No. 4:10-cv-04026

MICHAEL J. ASTRUE                                                                                   DEFENDANT
Commissioner, Social Security Administration

## **MEMORANDUM OPINION**

Before this Court is Defendant's Motion to Reverse and Remand. (Doc. No. 11). The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. (Doc. No. 5). Pursuant to this authority, this Court issues this Order.

On July 9, 2010, Defendant filed the present Motion. (Doc. No. 11). Defendant requests a remand so that the administrative law judge may further develop the record, including update the medical record, evaluate Plaintiff's mental impairments, assess Plaintiff's residual functional capacity, assess the impact of Plaintiff's mental and physical impairments on her ability to perform sustained work activity, possibly obtain expert testimony, and possibly consider testimony from a vocational expert. *Id.* Plaintiff has responded to this Motion and does not object. (Doc. No. 13).

Accordingly, Defendant's Motion to Reverse and Remand (Doc. No. 11) is **GRANTED.** A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

ENTERED this 15th day of July, 2010.

                                                                                  s/ Barry A. Bryant
                                                                                  HON. BARRY A. BRYANT
                                                                                   U. S. MAGISTRATE JUDGE